# United States Court of Appeals for the Federal Circuit

717 Madison Place, N.W.
Washington, D.C. 20439

Jan Horbaly
Clerk

Phone: (202) 275-8000
Fax: (202) 275-9678

ERIC SANDERS V HAROLD FLANDERS, 2012-1394

## Response to Oral Argument Order

_Appellee/respondent_ acknowledges that oral argument is scheduled on March 6, 2013 at 10:00 A.M.

Please check the appropriate box:

☐ **Oral Argument is waived.**

☐ **Oral Argument is waived though opposing counsel may choose to argue.**

☒ The individual named below will argue:

Name: Jody Sheets
Law Firm: Law Office of Jody Sheets
Address: 2911 Turtle Creek Blvd., Suite 450, Dallas TX 75219
Phone: (214) 953-1832
Fax: (214) 528-1591
E-Mail: jody@sheets-law.com

Note: In order to argue an appeal, an attorney must enter an appearance (*if an entry of appearance is first submitted within 30 days of the scheduled argument, the attorney must file a motion for leave to file the entry of appearance*) and be authorized to practice before this court. (See Fed. Cir. R. 47.3)

**PLEASE FILE THIS FORM WITH THE CLERK NO LATER THAN THE DATE INDICATED ON THE ORDER AND SERVE A COPY ON OPPOSING COUNSEL.**

Upon arrival at the court, please notify court security officers if you are arguing counsel so that you may be screened on a priority basis.

**Please contact Senior Deputy Clerk Karen Smagala Hendrick at (202) 275-8036 if you need assistance.**

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 28th day of January 2013, I caused the Response to Oral Argument Order to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

D. Scott Hemingway
Hemingway & Hansen, LLP
1700 Pacific Avenue, Suite 4800
Dallas, Texas 75201
(214) 292-8300 (Telephone)
(214) 292-8999 (Facsimile)
shemingway@hh-iplaw.com

*Counsel for Appellant*

/s/ Jody G. Sheets
Jody G. Sheets
Law Office of Jody Sheets
2911 Turtle Creek Blvd., Suite 450
Dallas, Texas  75219
Tel:     (214) 953-1832
Fax:     (214) 528-1591
Email:   jody@sheets-law.com

*Counsel for Appellee*